IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| KERRY KUSTES, ) | |
| ) | |
|    Plaintiff, ) | Case No.: 3:06-cv-00133 |
| ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE PURSUANT** |
| UNION PACIFIC RAILROAD, SCENIC ) | **TO FRCP 41(a)(1)(ii) and** |
| STAGE LINE d/b/a RC SMITH ) | **LR 41.1(a)(2)** |
| TRANSPORTATION, and CRAIG ) | |
| YEISLEY, ) | |
| ) | |
|    Defendants. ) | |

Pursuant to FRCP 41(a)(1)(ii) and LR 41.1(a)(2), the Plaintiff and all Defendants hereby stipulate to dismiss, with prejudice, all claims filed in the above-captioned matter.

| | |
|---|---|
| HOLLAND, GROVES, SCHNELLER   & STOLZE, L.L.C. | MOYER & BERGMAN, P.L.C. |
| | |
| By:   /s/ Ryan M. Furniss | By:   /s/ Mark J. Herzberger |
| Eric D. Holland | Mark J. Herzberger  AT0003559 |
| Ryan M. Furniss | Michael McDonough  AT0005071 |
| Steven J. Stolze | 2720 First Avenue NE |
| 300 North Tucker, Suite 801 | P. O. Box 1943 |
| St. Louis, MO  63101 | Cedar Rapids, IA 52406-1943 |
| eholland@allfela.com | Telephone:  (319) 366-7331 |
| rfurniss@allfela.com | Fax: (319) 366-3668 |
| sstolze@allfela.com | E-mail: mherzberger@moyerbergman.com |
| | |
| ATTORNEYS FOR PLAINTIFF, KERRY KUSTES | ATTORNEYS FOR DEFENDANT SCENIC STAGE LINE d/b/a RC SMITH TRANSPORTATION |

2

        HOPKINS & HUEBNER, P.C.

        By:    /s/ Michael C. Walker
        Michael C. Walker
        100 E. Kimberly Road, Suite 704
        Davenport, IA  52806-5944
        mwalker@hopkinsandhuebner.com

        ATTORNEY FOR DEFENDANT, CRAIG YEISLEY

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for each party to the above-entitled cause at his/her legal address as shown below, on the 20th day of June, 2008.

By:   __ U.S. Mail     __ Federal Express
      __ Fax              X  CM/ECF
      __ Hand Delivery

      /s/ Mark J. Herzberger

F:\WP\MJH2\RLI\Pldgs\Stipulation Dismissal W Prejudice.doc

2